Alison L. Tsao, State Bar No. 198250
Connor J. Moyle, State Bar No. 250384
CARLTON DiSANTE & FREUDENBERGER LLP
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246
E-Mail:  atsao@cdflaborlaw.com
         cmoyle@cdflaborlaw.com

and

Christine S. Son (Pro Hac Vice)
J.C. Penney Corporation, Inc.
6501 Legacy Drive, MS 1122
Plano, Texas 75024
Telephone: (972) 431-1288
Facsimile:  (972) 531-1288
E-mail:  csson@jcpenney.com

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLE SANCHEZ, | Case No. 4:10-CV-02747-SBA |
| Plaintiff, | Judge: Hon. Saundra B. Armstrong |
| vs. | Ctrm:   9, 19th Floor |
| J.C. PENNEY CORPORATION, INC., | **STIPULATION AND  ORDER REGARDING MEDIATION DATES** |
| Defendant. | Action Filed:   June 23, 2010<br>Trial Date:      September 19, 2011 |

CARLTON DiSANTE &
FREUDENBERGER LLP

161072

Case No.  4:10 cv 02747 SBA
STIPULATION AND [PROPOSED] ORDER RE
MEDIATION DATES

1  Plaintiff Danelle Sanchez ("Plaintiff") and Defendant J.C. Penney Corporation, Inc.
2  ("Defendant"), by and through their respective counsel of record in this action, hereby stipulate as
3  follows:

4  1.  On October 16, 2010 (originally on September 29, 2010), this Court ordered that
5  this case be referred to court mediation to be completed within 120 days.  The 120 days expires on
6  or around February 13, 2011.

7  2.  On October 13, 2010, this Court notified the parties that Judith Droz Keyes of Davis
8  Wright Tremaine LLP had been appointed to serve as the mediator.

9  3.  On October 28, 2010, the parties and Ms. Keyes conferred to discuss mutually
10  agreeable dates on which to mediate this matter.

11  4.  In order to prepare so as to make the mediation meaningful, and in order to
12  accommodate for scheduling conflicts, the parties and Ms. Keyes agree to an extension of the
13  mediation deadline to March 25, 2011.  Specifically, Ms. Keyes has other engagements that will
14  make her unavailable to mediate this case between February 19 and March 10, 2011.  Likewise,
15  attorneys Beth Mora and Christine Son have trial and arbitration hearing dates currently set in the
16  late January/early February 2011 time frame, and agree that an extension is appropriate.

17  5.  As a result, the parties respectfully request this Court to extend the time frame for
18  the parties to complete mediation from February 13, 2011 to March 25, 2011.  This request for a
19  continuance of the dates is mutually agreed upon and will not result in an injustice to Plaintiff.

21  IT IS SO STIPULATED.

161072

1

Case No.  4:10 cv 02747 SBA
STIPULATION AND [PROPOSED] ORDER RE
MEDIATION DATES

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November __, 2010 | CARLTON DiSANTE & FREUDENBERGER LLP<br>    Alison L. Tsao<br>    Connor J. Moyle |
| 3 | | |
| 4 | | J.C. PENNEY CORPORATION, INC.<br>    Christine S. Son |

By: _____
        Christine S. Son
Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.

Dated:  November __ , 2010        COOPER & MORA
                                     Beth W. Mora
                                     Elena Liveris


By: _____
        Beth Mora
Attorneys for Plaintiff
DANELLE SANCHEZ

161072

2

Case No.  4:10 cv 02747 SBA
STIPULATION AND [PROPOSED] ORDER RE
MEDIATION DATES

| | |
|---|---|
|1| * * * * * * * * * * |

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

3  The arbitration completion date of February 13, 2011 set forth in the October 16, 2010

4  (originally September 29, 2010) Order is continued to March 25, 2011.

5

6  Dated: _11/12/10

7  _____
The Honorable Saundra B. Armstrong
Judge of the United States District Court for

8  The Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

161072

3  Case No. 4:10 cv 02747 SBA
STIPULATION AND [PROPOSED] ORDER RE
MEDIATION DATES